**No. 09-723. Aurelius Capital Partners, LP, et al., Petitioners v. The Republic of Argentina, et al.**

559 U.S. 988, 130 S. Ct. 1691, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1910.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 584 F.3d 120.

**No. 09-8430. Raymond Payne, Petitioner v. Joseph B. Scarnati, Lieutenant Governor and Chairperson, Pennsylvania Board of Pardons, et al.**

559 U.S. 988, 130 S. Ct. 1709, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1911.

March 1, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied. Justice Alito took no part in the consideration or decision of this petition.

Same case below, 603 Pa. 74, 981 A.2d 1287.

**No. 09-8517. Laurie Marie Laskey, Petitioner v. Cisco Technology, Inc.**

559 U.S. 988, 130 S. Ct. 1712, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1973,

March 1, 2010. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied. Justice Breyer took no part in the consideration or decision of this petition.

**No. 09-8824. In re Charles Sweeney, Petitioner.**

559 U.S. 969, 130 S. Ct. 1727, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1929.

March 1, 2010. Petition for writ of habeas corpus denied.

**No. 09-8154. In re James Dean Taylor, Petitioner.**

559 U.S. 969, 130 S. Ct. 1694, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1981.

March 1, 2010. Petition for writ of mandamus denied.

**No. 09-8793. In re Raymond Bruce Belton, Petitioner.**

559 U.S. 970, 130 S. Ct. 1724, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1930.

March 1, 2010. Petition for writ of mandamus denied.

**No. 09-472. Wanda Spann, et vir, Petitioners v. Cobb County Superior Court Judges, et al.**

559 U.S. 988, 130 S. Ct. 1732, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1907.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1112, 130 S. Ct. 1059, 175 L. Ed. 2d 884, 2010 U.S. LEXIS 228.

**No. 09-6043. Kelvin Levoid Smith, Petitioner v. United States.**

559 U.S. 988, 130 S. Ct. 1733, 176 L. Ed. 2d 207, 2010 U.S. LEXIS 1932.

March 1, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1116, 130 S. Ct. 1049, 175 L. Ed. 2d 891, 2010 U.S. LEXIS 252.